```
 1  STEPHANIE YONEKURA
    Acting United States Attorney
 2  DENNISE D. WILLETT
    Assistant United States Attorney
 3  Chief, Santa Ana Branch Office
    MICHAEL ANTHONY BROWN
 4  Assistant United States Attorney
    California State Bar No. 243848
 5       8000 United States Courthouse
         411 West Fourth Street
 6       Santa Ana, California  92701
         Telephone:  (714) 338-3505
 7       Facsimile:  (714) 338-3708
         Email: Anthony.Brown@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 13-184-BRO-7 |
|---|---|
| Plaintiff, | ORDER AMENDING JUDGMENT AND COMMITMENT ORDER OF DEFENDANT ROBERT TYLER VOIT |
| v. | |
| ROBERT TYLER VOIT, | |
| Defendant. | |

Under Rule 36 of the Federal Rules of Criminal Procedure, and for the reasons given during the status conference held on March 16, 2015, the Court hereby directs the clerk to file an Amended Judgment and Commitment Order as to defendant ROBERT TYLER VOIT, in which the sentence reading "This term shall be served concurrently to the Los Angeles County Superior Court Docket Nos. YA077299 and KA092804 term" in the original judgment (ECF No. 174) shall be amended to read as follows:  "This term shall be served concurrently to the Los Angeles County Superior Court Docket Nos. YA077299 and KA092804 term, and

//

//

defendant shall be credited for any prior custody in those cases, making this a time-served sentence of imprisonment."

**IT IS SO ORDERED.**

Dated:  March 16, 2015  _____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE